# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00066-MR

| | |
|---|---|
| SELEE CORPORATION, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> ) </br> APOGEE ENGINEERED CERAMICS, ) </br> INC., ) </br> ) </br> Defendant. ) </br> _____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the parties' Joint Motion to Stay Proceedings [Doc. 10].

For the reasons stated in the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 10] is **GRANTED**, and this matter, including all pending deadlines, is hereby **STAYED** through and including September 11, 2015, at which time the stay will be automatically lifted unless the case has been dismissed on or prior to that date.

**IT IS SO ORDERED.**

_____
Martin Reidinger
United States District Judge